SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for Defendants
MEDIANEWS GROUP, INC. and
CALIFORNIA NEWSPAPERS PARTNERSHIP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLINTON REILLY,<br><br>    Plaintiff,<br><br>v.<br><br>MEDIANEWS GROUP, INC.; THE HEARST CORPORATION; STEPHENS GROUP INC.; GANNETT CO., INC.; and CALIFORNIA NEWSPAPERS PARTNERSHIP,<br><br>    Defendants. | Case No. 06-CV-04332-SI<br><br>[Complaint Filed: July 14, 2006]<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER<br><br>Judge: Hon. Susan Illston<br>Courtroom: 10, 19th Floor<br><br>Trial Date: None set |

    WHEREAS on July 14, 2006 Plaintiff Clinton Reilly filed a complaint seeking injunctive relief with respect to certain transactions described therein;

    WHEREAS Plaintiff is prepared to file a motion for temporary restraining order on Monday, July 24, 2006;

    WHEREAS Plaintiff and Defendants MediaNews Group, Inc., The Hearst Corporation, Stephens Group, Inc., Gannett Co., Inc. and California Newspapers Partnership, (collectively, "Defendants") wish to coordinate an expedited briefing and hearing schedule, with such motion to be heard at 2:00 p.m. on Thursday, July 27, 2006;

-1-

1  WHEREAS Defendants have represented that they will not close the transactions that are the subject of Plaintiff's motion for temporary restraining order prior to the hearing on Thursday, July 27, 2006;

NOW THEREFORE it is hereby stipulated and agreed by and between Plaintiff and Defendants that:

1. Plaintiff shall file and serve his motion for temporary restraining order by 12:00 noon on Monday July 24, 2006.

2. Defendants shall file and serve their oppositions to such motion by 5:00 p.m. on Tuesday, July 25, 2006.

3. A reply, if any, shall be served and filed by 12:00 noon on Wednesday, July 26, 2006.

4. The hearing on Plaintiff's motion for temporary restraining order shall be in Courtroom 10 at 2:00 p.m. on Thursday, July 27, 2006.

IT IS SO STIPULATED.

Dated: July 24, 2006

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947

By _____
GARY L. HALLING
Attorneys for Defendants
MEDIANEWS GROUP, INC. and
CALIFORNIA NEWSPAPERS PARTNERSHIP,
and on behalf of All Defendants

Dated: July 24, 2006

ALIOTO LAW FIRM
JOSEPH M. ALIOTO
JOSEPH M. ALIOTO, JR.
THOMAS P. PIER
555 California Street, Suite 3160
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.
DANIEL R. SHULMAN
500 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 632-3335
Facsimile: (612) 632-4335

By _____
JOSEPH M. ALIOTO
DANIEL R. SHULMAN

Attorneys for Plaintiff
CLINTON REILLY

**ORDER**

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.

July 24, 2006      _____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE