SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:   415-434-9100
Facsimile:   415-434-3947
Email:       ghalling@sheppardmullin.com
Email:       mscarborough@sheppardmullin.com

Attorneys for Defendants
MEDIANEWS GROUP, INC. and
CALIFORNIA NEWSPAPERS PARTNERSHIP

**FILED**
JUL 2 6 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLINTON REILLY, | Case No. 06-CV-04332-SI |
| Plaintiff, | [Complaint Filed: July 14, 2006] |
| v. | ORDER GRANTING APPLICATION FOR ADMISSION OF ALAN L. MARX *PRO HAC VICE* |
| MEDIANEWS GROUP, INC.; THE HEARST CORPORATION; STEPHENS GROUP INC.; GANNETT CO., INC.; and CALIFORNIA NEWSPAPERS PARTNERSHIP, | Trial Date: None set |
| Defendants. | |

Alan L. Marx, an active member in good standing of the bar of Tennessee, whose business address and telephone number is

>   King & Ballow
>   1100 Union Street Plaza
>   315 Union Street
>   Nashville, TN 37201
>   615.726.5455

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants MediaNews Group, Inc. and California Newspapers Partnership

-1-

1    IT IS HEREBY ORDERED THAT the application is granted, subject to the
2 terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
3 appearance *pro hac vice*. Service of papers upon and communication with co-counsel
4 designated in the application will constitute notice to the party. All future filings in this
5 action are subject to the requirements contained in General Order No. 45, *Electronic Case*
6 *Filing*.

7
8 Dated: 7/26/06

_____
The Honorable Susan Illston
United States District Court Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CLINTON REILLY,

    Plaintiff,

v.

MEDIANEWS GROUP INC et al,

    Defendant.
    /

Case Number: CV06-04332 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 26, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel R. Shulman
Gray Plant Mooty Mooty & Bennett, PA
500 IDS Center
80 South Eighty Street
Minneapolis, MN 55402

Thomas P. Pier
Alioto Law Firm
555 California Street, Suite 3160
San Francisco, CA 94104

Gordon Lang
Nixon Peabody LLP
401 9th St., N.W. Suite 900
Washington, D.C. 20004

Steven C. Douse
Alan L. Marx
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201

Charles Biggio
Wilson Sonsini Goodrich & Rosati
East 49th Street, 30th Floor,
New York, NY 10017

Dated: July 26, 2006

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk

2