1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2    Including Professional Corporations
   GARY L. HALLING, Cal. Bar No. 66087
3  MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
   Four Embarcadero Center, 17th Floor
4  San Francisco, California 94111-4106
   Telephone:   415-434-9100
5  Facsimile:   415-434-3947
   Email:       ghalling@sheppardmullin.com
6  Email:       mscarborough@sheppardmullin.com

7  Attorneys for Defendants
   MEDIANEWS GROUP, INC. and
8  CALIFORNIA NEWSPAPERS PARTNERSHIP

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

**FILED**
**JUL 26 2006**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

12  CLINTON REILLY,                    Case No. 06-CV-04332-SI

13              Plaintiff,             [Complaint Filed: July 14, 2006]

14       v.                            ORDER GRANTING APPLICATION
                                       FOR ADMISSION OF STEVEN C.
15  MEDIANEWS GROUP, INC.; THE         DOUSE *PRO HAC VICE*
    HEARST CORPORATION; STEPHENS
16  GROUP INC.; GANNETT CO., INC.; and
    CALIFORNIA NEWSPAPERS              Trial Date: None set
17  PARTNERSHIP,

18              Defendants.

19

20       Steven C. Douse, an active member in good standing of the bar of

21  Tennessee, whose business address and telephone number is

22              King & Ballow
                1100 Union Street Plaza
23              315 Union Street
                Nashville, TN 37201
24              615.726.5455

25  having applied in the above-entitled action for admission to practice in the Northern

26  District of California on a *pro hac vice* basis, representing Defendants MediaNews Group,

27  Inc. and California Newspapers Partnership

28

-1-

1      IT IS HEREBY ORDERED THAT the application is granted, subject to the
2  terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
3  appearance *pro hac vice*. Service of papers upon and communication with co-counsel
4  designated in the application will constitute notice to the party. All future filings in this
5  action are subject to the requirements contained in General Order No. 45, *Electronic Case*
6  *Filing*.

7

8  Dated:   7/26/06                _____
9                                                 The Honorable Susan Illston
                                               United States District Court Judge

U.S.D.C. CASE NO. C06-CV-04332-SI                  ~~PROPOSED~~ ORDER GRANTING APPLICATION FOR
400041365.1                                                                   ADMISSION OF ATTORNEY *PRO HAC VICE*

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CLINTON REILLY,

    Plaintiff,

v.

MEDIANEWS GROUP INC et al,

    Defendant.
                              /

Case Number: CV06-04332 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 26, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel R. Shulman
Gray Plant Mooty Mooty & Bennett, PA
500 IDS Center
80 South Eighty Street
Minneapolis, MN 55402

Thomas P. Pier
Alioto Law Firm
555 California Street, Suite 3160
San Francisco, CA 94104

Gordon Lang
Nixon Peabody LLP
401 9th St., N.W. Suite 900
Washington, D.C. 20004

Steven C. Douse
Alan L. Marx
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201

Charles Biggio
Wilson Sonsini Goodrich & Rosati
East 49th Street, 30th Floor,
New York, NY 10017

Dated: July 26, 2006

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk