UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RECEIVED
06 JUL 28 AM 11: 27
RICHARD W. WIEKING
NORTHERN U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clinton Reilly,<br><br>       Plaintiff,<br><br>    v.<br><br>MediaNews Group, Inc., *et al.*,<br><br>       Defendants. | CASE NO.: 06-4332 SI<br><br>[PROPOSED] ORDER GRANTING<br>APPLICATION FOR ADMISSION<br>OF ATTORNEY *PRO HAC VICE* |

**FILED**

**JUL 2 6 2006**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHARLES BIGGIO, an active member in good standing of the bar of the State of New York whose business address and telephone number is Wilson Sonsini Goodrich & Rosati, 12 East 49th Street, 30th Floor, New York, NY 10017, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Intervenor, The McClatchy Company.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/26/06

                                   Honorable Susan Illston
                                   United States District Court

-1-

ORDER GRANTING APPLICATION FOR ADMISSION
OF ATTORNEY PRO HAC VICE

C:\NrPortbl\PALIB1\CAJ\2918646_1.DOC

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


CLINTON REILLY,

           Plaintiff,

v.

MEDIANEWS GROUP INC et al,

           Defendant.

Case Number: CV06-04332 SI

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 26, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Daniel R. Shulman
Gray Plant Mooty Mooty & Bennett, PA
500 IDS Center
80 South Eighty Street
Minneapolis, MN 55402

Thomas P. Pier
Alioto Law Firm
555 California Street, Suite 3160
San Francisco, CA 94104

Gordon Lang
Nixon Peabody LLP
401 9th St., N.W. Suite 900
Washington, D.C. 20004

Steven C. Douse
Alan L. Marx
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201

Charles Biggio
Wilson Sonsini Goodrich & Rosati
East 49th Street, 30th Floor,
New York, NY 10017


Dated: July 26, 2006

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk