SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947
Email: ghalling@sheppardmullin.com
Email: mscarborough@sheppardmullin.com

KING & BALLOW
ALAN L. MARX (admitted *pro hac vice*)
STEVEN C. DOUSE (admitted *pro hac vice*)
1100 Union Street Plaza
315 Union Street
Nashville, Tennessee 37201
Telephone: 615-259-3456
Facsimile: 615-726-5413
Email: amarx@kingballow.com
Email: sdouse@kingballow.com

Attorneys for Defendants
MEDIANEWS GROUP, INC. and
CALIFORNIA NEWSPAPERS PARTNERSHIP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLINTON REILLY, | Case No. 06-CV-04332-SI |
| Plaintiff, | [Complaint Filed: July 14, 2006] |
| v. | STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER |
| MEDIANEWS GROUP, INC.; THE HEARST CORPORATION; STEPHENS GROUP INC.; GANNETT CO., INC.; and CALIFORNIA NEWSPAPERS PARTNERSHIP, | Judge: Hon. Susan Illston |
| | Trial Date: None set |
| Defendants. | |

-1-

1  WHEREAS on July 14, 2006, Plaintiff Clinton Reilly filed his complaint in
2  this action and the Court entered an Order Setting Initial Case Management Conference
3  and ADR Deadlines;
4  WHEREAS on July 28, 2006, the Court entered an Order Denying Plaintiff's
5  Application for Temporary Restraining Order;
6  WHEREAS, Plaintiff has requested that Defendants MediaNews Group, Inc.,
7  The Hearst Corporation, Stephens Group, Inc., Gannett Co., Inc. and California
8  Newspapers Partnership (collectively, "Defendants") agree to expedited discovery and trial
9  proceedings;
10 WHEREAS the parties have met and conferred and believe good cause exists
11 for relief from the scheduling requirements of Rules 16 and 26 of the Federal Rules of
12 Civil Procedure and the Local Rules;
13 WHEREAS the parties have met and conferred and agreed to the accelerated
14 case management schedule set forth below, subject to the Court's approval and availability;
15 NOW THEREFORE, pursuant to Northern District Civil Local Rules 6-2(a)
16 and 16-2(e), Plaintiff and Defendants hereby stipulate and agree to the following case
17 management schedule:

18    1.    This schedule concerns only (a) the acquisitions of the McClatchy
19          newspapers that were the subject of the Court's Order Denying Plaintiff's
20          Application for Temporary Restraining Order; and (b) Hearst's proposed
21          equity investment in MediaNews Group's non-Bay Area properties.
22    2.    This schedule does not concern any potential future broadening of Hearst's
23          proposed equity investment in MediaNews Group pursuant to equity
24          conversion provisions or otherwise: Hearst and MediaNews Group expect
25          that any such transaction, if it were to occur, would be the subject of future
26          antitrust Hart-Scott-Rodino Act regulatory filings. If such a transaction
27          occurs, and plaintiff elects to challenge it, the parties would propose an
28          appropriate schedule at that time.

-2-

| | |
|---|---|
| 3. | The deadline for all parties to propound non-expert written discovery shall be August 29, 2006. |
| 4. | The deadline for all parties to respond to non-expert written discovery shall be September 29, 2006. |
| 5. | The deadline for all parties to complete non-expert depositions shall be October 31, 2006. |
| 6. | The deadline for Plaintiff to file his expert report(s) shall be November 6, 2006. |
| 7. | The deadline for Defendants to file their expert reports shall be November 13, 2006. |
| 8. | The deadline for all parties to complete expert depositions shall be December 1, 2006. |
| 9. | The deadline for all parties to file and serve dispositive pre-trial motions shall be December 8, 2006. |
| 10. | The deadline for all parties to file and serve any opposition to a dispositive pre-trial motion shall be January 5, 2007. |
| 11. | The deadline for all parties to file and serve any reply in support of a dispositive pre-trial motion shall be January 12, 2007. |
| 12. | The deadline for all parties to exchange trial exhibits shall be January 26, 2007. |
| 13. | The deadline for all parties to file and serve motions in limine shall be January 31, 2007. |
| 14. | The deadline for all parties to file and serve pre-trial conference statements and exhibit and witness lists shall be February 7, 2007. |
| 15. | A pretrial conference will be held on February 13, 2007 at 3:30 p.m. |
| 16. | Trial shall commence on February 26, 2007. |

IT IS SO STIPULATED.

-3-

Dated: August 21, 2006

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
KING & BALLOW


By          /S/
            GARY L. HALLING

Attorneys for Defendants
MEDIANEWS GROUP, INC. and
CALIFORNIA NEWSPAPERS PARTNERSHIP


Dated: August ___, 2006

LATHAM & WATKINS LLP
GREGORY P. LINDSTROM
DANIEL M. WALL
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 391-8095
Email: gregory.lindstrom@lw.com
Email: dan.wall@lw.com


By                        
            DANIEL M. WALL

Attorneys for Defendant
THE HEARST CORPORATION

-4-

1
2  Dated: August ___, 2006
3
                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
4                         KING & BALLOW
5
6                         By _____
                                      GARY L. HALLING
7
                          Attorneys for Defendants
8                         MEDIANEWS GROUP, INC. and
9                         CALIFORNIA NEWSPAPERS PARTNERSHIP
10
11 Dated: August 21, 2006
12
                          LATHAM & WATKINS LLP
13                        GREGORY P. LINDSTROM
                          DANIEL M. WALL
14                        505 Montgomery Street, Suite 2000
                          San Francisco, CA 94111-2562
15                        Telephone: (415) 391-0600
                          Facsimile: (415) 391-8095
16                        Email: gregory.lindstrom@lw.com
17                        Email: dan.wall@lw.com
18
19                        By /s/ Daniel M. Wall
                                      DANIEL M. WALL
20
21                        Attorneys for Defendant
                          THE HEARST CORPORATION
22
23
24
25
26
27
28
                                            -4-

Dated: August 21, 2006

                        NIXON PEABODY LLP
                        GORDON L. LANG (admitted *pro hac vice*)
                        401 9th Street, N.W.
                        Washington, D.C. 20004-2128
                        Telephone: (202) 585-8319
                        Facsimile: (202) 585-8080
                        Email: glang@nixonpeabody.com

                        NIXON PEABODY LLP
                        JOHN J. RIDDLE
                        Two Embarcadero Center, Suite 2700
                        San Francisco, CA 94111-3996
                        Telephone: (415) 984-8200
                        Facsimile: (415) 984-8300
                        Email: jriddle@nixonpeabody.com

                        By *[signature]*
                                          GORDON L. LANG

                                 Attorneys for Defendants
                                 GANNETT CO., INC. and
                                 STEPHENS GROUP, INC.

-5-

Dated: August 18, 2006

ALIOTO LAW FIRM
JOSEPH M. ALIOTO
JOSEPH M. ALIOTO, JR.
THOMAS P. PIER
555 California Street, Suite 3160
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.
DANIEL R. SHULMAN
500 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 632-3335
Facsimile: (612) 632-4335

By _____
JOSEPH M. ALIOTO
DANIEL R. SHULMAN

Attorneys for Plaintiff
CLINTON REILLY

## ORDER

Pursuant to the foregoing stipulation of the parties, the declaration of counsel, and for good cause shown, the foregoing case management schedule is hereby adopted by the Court. The Order Setting Initial Case Management Conference and ADR Deadlines is VACATED.

IT IS SO ORDERED.

August ____, 2006

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE