IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON REILLY,<br><br>       Plaintiff,<br><br>  v.<br><br>MEDIANEWS GROUP INC,<br><br>       Defendant.<br>_____/ | No. C 06-04332 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 17, 2006 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 31, 2006.

DESIGNATION OF EXPERTS: Pltf. 11/6/06; Deft. 11/13/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 1, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by December 9, 2005;

    Opp. Due January 5, 2007; Reply Due January 12, 2007;

    and set for hearing no later than January 26, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 13, 2007 at 3:30 PM.

COURT/JURY TRIAL DATE: February 26, 2007 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/18/06

                                        SUSAN ILLSTON
                                        United States District Judge