SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:  415-434-9100
Facsimile:  415-434-3947
Email: ghalling@sheppardmullin.com
Email: mscarborough@sheppardmullin.com

KING & BALLOW
ALAN L. MARX (admitted *pro hac vice*)
STEVEN C. DOUSE (admitted *pro hac vice*)
1100 Union Street Plaza
315 Union Street
Nashville, Tennessee 37201
Telephone:  615-259-3456
Facsimile:  615-726-5413
Email: amarx@kingballow.com
Email: sdouse@kingballow.com

Attorneys for Defendants
MEDIANEWS GROUP, INC. and
CALIFORNIA NEWSPAPERS PARTNERSHIP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLINTON REILLY,<br><br>    Plaintiff,<br><br>    v.<br><br>MEDIANEWS GROUP, INC.; THE HEARST CORPORATION; STEPHENS GROUP INC.; GANNETT CO., INC.; and CALIFORNIA NEWSPAPERS PARTNERSHIP,<br><br>    Defendants. | Case No. 06-CV-04332-SI<br><br>[Complaint Filed: July 14, 2006]<br><br>STIPULATION AND [PROPOSED] FURTHER CASE MANAGEMENT ORDER<br><br>Judge:    Hon. Susan Illston<br><br>Trial Date:  February 26, 2007 |

-1-

1  WHEREAS the parties previously stipulated to a case management schedule providing for, *inter alia*, a deadline of September 29, 2006 for all parties to respond to non-expert written discovery, a deadline of October 31, 2006 for all parties to complete non-expert depositions, and a trial date of February 26, 2007;

5  WHEREAS the Court adopted the parties' proposed case management schedule in its August 23, 2006 Case Management Order and September 19, 2006 Pretrial Preparation Order;

8  WHEREAS, after the parties entered into the previous scheduling stipulation and the Court entered its Case Management Order, the Department of Justice issued extensive Requests for Additional Information and Documentary Evidence ("Second Requests") to Defendants MediaNews Group, Inc. and The Hearst Corporation regarding Hearst's proposed equity investment in MediaNews Group's non-Bay Area properties;

13  WHEREAS MediaNews Group and Hearst currently are negotiating the details of the production of a large volume of documents pursuant to the Second Requests, and the parties believe in light of such productions that it would be inefficient and impractical to proceed with this action under the current discovery and trial timetable, such that a modification of the current case management schedule is appropriate;

18  WHEREAS the parties have met and conferred and, in light of the Department of Justice's investigation, agreed to the revised case management schedule set forth below, subject to the Court's approval and availability;

21  NOW THEREFORE, pursuant to Northern District Civil Local Rules 6-2(a) and 16-2(e), the parties hereby stipulate and agree to the following case management schedule:

24  1.  This schedule concerns only (a) the acquisitions of the McClatchy newspapers that were the subject of the Court's Order Denying Plaintiff's Application for Temporary Restraining Order; and (b) Hearst's proposed equity investment in MediaNews Group's non-Bay Area properties.

-2-

2. This schedule does not concern any potential future broadening of Hearst's proposed equity investment in MediaNews Group pursuant to equity conversion provisions or otherwise: Hearst and MediaNews Group expect that any such transaction, if it were to occur, would be the subject of future antitrust Hart-Scott-Rodino Act regulatory filings. If such a transaction occurs, and plaintiff elects to challenge it, the parties would propose an appropriate schedule at that time.

3. The deadline for all parties to produce documents in response to non-expert written discovery shall be November 30, 2006.

4. The deadline for all parties to complete non-expert depositions shall be December 22, 2006.

5. The deadline for Plaintiff to file his expert report(s) shall be January 8, 2007.

6. The deadline for Defendants to file their expert reports shall be January 16, 2007.

7. The Court will hold a Further Case Management Conference on January 19, 2007 at 2:30 p.m. Counsel must file a joint case management statement seven days in advance of the conference.

8. The deadline for all parties to complete expert depositions shall be February 2, 2007.

9. The deadline for all parties to file and serve dispositive pre-trial motions shall be February 9, 2007.

10. The deadline for all parties to file and serve any opposition to a dispositive pre-trial motion shall be March 9, 2007.

11. The deadline for all parties to file and serve any reply in support of a dispositive pre-trial motion shall be March 16, 2007.

12. The deadline for all parties to exchange trial exhibits shall be March 23, 2007.

-3-

13. The deadline for all parties to file and serve motions in limine shall be March 30, 2007.

14. The deadline for all parties to file and serve pre-trial conference statements and exhibit and witness lists shall be April 6, 2007.

15. A pretrial conference will be held on April 17, 2007 at 3:30 p.m.

16. Trial shall commence on April 30, 2007. at 8:30 a.m.

IT IS SO STIPULATED.

Dated: October 6, 2006

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        KING & BALLOW

        By     /S/
                GARY L. HALLING

        Attorneys for Defendants
        MEDIANEWS GROUP, INC. and
        CALIFORNIA NEWSPAPERS PARTNERSHIP

Dated: October 6, 2006

        LATHAM & WATKINS LLP
        GREGORY P. LINDSTROM
        DANIEL M. WALL
        505 Montgomery Street, Suite 2000
        San Francisco, CA 94111-2562
        Telephone: (415) 391-0600
        Facsimile: (415) 391-8095
        Email: gregory.lindstrom@lw.com
        Email: dan.wall@lw.com

        By     /s/ Daniel M. Wall
                DANIEL M. WALL

        Attorneys for Defendant
        THE HEARST CORPORATION

Dated: October 5, 2006

NIXON PEABODY LLP
GORDON L. LANG (admitted *pro hac vice*)
401 9th Street, N.W.
Washington, D.C. 20004-2128
Telephone: (202) 585-8319
Facsimile: (202) 585-8080
Email: glang@nixonpeabody.com

NIXON PEABODY LLP
JOHN J. RIDDLE
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300
Email: jriddle@nixonpeabody.com

By _____
   GORDON L. LANG

Attorneys for Defendants
GANNETT CO., INC. and
STEPHENS GROUP, INC.

| | |
|---|---|
| Dated: October __, 2006 | ALIOTO LAW FIRM<br>JOSEPH M. ALIOTO<br>JOSEPH M. ALIOTO, JR.<br>THOMAS P. PIER<br>555 California Street, Suite 3160<br>San Francisco, CA 94104<br>Telephone: (415) 434-8900<br>Facsimile: (415) 434-9200<br><br>GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.<br>DANIEL R. SHULMAN<br>500 IDS Center, 80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 632-3335<br>Facsimile: (612) 632-4335 |

By _/s/ Daniel R. Shulman/_
JOSEPH M. ALIOTO
DANIEL R. SHULMAN

Attorneys for Plaintiff
CLINTON REILLY

## ORDER

Pursuant to the foregoing stipulation of the parties, the declaration of counsel, and for good cause shown, the foregoing case management schedule is hereby adopted by the Court. The August 23, 2006 Case Management Order and September 19, 2006 Pretrial Preparation Order are VACATED.

IT IS SO ORDERED.

October ____, 2006

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

-6-