SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:   415-434-9100
Facsimile:   415-434-3947
Email:  ghalling@sheppardmullin.com
Email:  mscarborough@sheppardmullin.com

KING & BALLOW
ALAN L. MARX (admitted *pro hac vice*)
STEVEN C. DOUSE (admitted *pro hac vice*)
1100 Union Street Plaza
315 Union Street
Nashville, Tennessee 37201
Telephone:   615-259-3456
Facsimile:   615-726-5413
Email:  amarx@kingballow.com
Email:  sdouse@kingballow.com

Attorneys for Defendants
MEDIANEWS GROUP, INC. and
CALIFORNIA NEWSPAPERS PARTNERSHIP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLINTON REILLY,<br><br>   Plaintiff,<br><br>  v.<br><br>MEDIANEWS GROUP, INC.; THE HEARST CORPORATION; STEPHENS GROUP INC.; GANNETT CO., INC.; and CALIFORNIA NEWSPAPERS PARTNERSHIP,<br><br>   Defendants. | Case No. 06-CV-04332-SI<br><br>[Complaint Filed: July 14, 2006]<br><br>STIPULATION AND [PROPOSED] REVISED CASE MANAGEMENT ORDER<br><br>Judge:  Hon. Susan Illston<br><br>Trial Date: April 30, 2007 |

-1-

1        WHEREAS the Court adopted the parties' proposed further case

2 management schedule in its October 11, 2006 Further Case Management Order, providing

3 for, *inter alia*, a deadline of December 22, 2006 for all parties to complete non-expert

4 depositions, and a trial date of April 30, 2007;

5        WHEREAS to make the most efficient use of the time leading up to trial, the

6 parties have met and conferred and agreed to the revised case management schedule set

7 forth below, subject to the Court's approval and availability;

8        NOW THEREFORE, pursuant to Northern District Civil Local Rules 6-2(a)

9 and 16-2(e), the parties hereby stipulate and agree to the following case management

10 schedule:

11     1.    This schedule concerns only (a) the acquisitions of the McClatchy

12           newspapers that were the subject of the Court's Order Denying Plaintiff's

13           Application for Temporary Restraining Order; and (b) Hearst's proposed

14           equity investment in MediaNews Group's non-Bay Area properties.

15     2.    This schedule does not concern any potential future broadening of Hearst's

16           proposed equity investment in MediaNews Group pursuant to equity

17           conversion provisions or otherwise: Hearst and MediaNews Group expect

18           that any such transaction, if it were to occur, would be the subject of future

19           antitrust Hart-Scott-Rodino Act regulatory filings. If such a transaction

20           occurs, and plaintiff elects to challenge it, the parties would propose an

21           appropriate schedule at that time.

22     3.    The deadline for all parties to produce documents in response to non-expert

23           written discovery was November 30, 2006.

24     4.    The deadline for all parties to complete non-expert depositions shall be

25           January 26, 2007.

26     5.    The deadline for Plaintiff to file his expert report(s) shall be

27           March 2, 2007.

28

W02-WEST:FMI\400146726.2
U.S.D.C. CASE NO. C06-CV-04332-SI

STIPULATION AND [PROPOSED]
REVISED CASE MANAGEMENT ORDER

6. The deadline for Defendants to file their expert reports shall be March 21, 2007.

7. The Court will hold a Further Case Management Conference on ~~February 28,~~ March 2, 2007 at _____ __.m. 2:30 p.m. Counsel must file a joint case management statement seven days in advance of the conference.

8. The deadline for all parties to complete expert depositions shall be March 30, 2007.

9. The deadline for all parties to file and serve motions in limine shall be April 13, 2007.

10. The deadline for all parties to file and serve pre-trial conference statements and to exchange trial exhibits and witness lists shall be April 16, 2007.

11. A pretrial conference will be held on April ~~20,~~ 24, 2007 at 3:30 p.m. __.m.

12. Trial (estimated to be two weeks in length) shall commence on April 30, 2007 at __8:30 a__ .m.

IT IS SO STIPULATED.

Dated: January _3_, 2007  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
KING & BALLOW

By _____
GARY L. HALLING

Attorneys for Defendants
MEDIANEWS GROUP, INC. and
CALIFORNIA NEWSPAPERS PARTNERSHIP

-3-

Dated: January 3, 2007

LATHAM & WATKINS LLP
DANIEL M. WALL
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 391-8095
Email: dan.wall@lw.com

By _____
DANIEL M. WALL

Attorneys for Defendant
THE HEARST CORPORATION

Dated: January 3, 2007

NIXON PEABODY LLP
GORDON L. LANG (admitted *pro hac vice*)
401 9th Street, N.W.
Washington, D.C. 20004-2128
Telephone: (202) 585-8319
Facsimile: (202) 585-8080
Email: glang@nixonpeabody.com

NIXON PEABODY LLP
JOHN J. RIDDLE
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300
Email: jriddle@nixonpeabody.com

By _____
GORDON L. LANG

Attorneys for Defendants
GANNETT CO., INC. and
STEPHENS GROUP, INC.

-4-

W02-WEST:FMI\400146726.2
U.S.D.C. CASE NO. C06-CV-04332-SI

STIPULATION AND [PROPOSED]
REVISED CASE MANAGEMENT ORDER

Dated: January 3, 2007

ALIOTO LAW FIRM
JOSEPH M. ALIOTO
JOSEPH M. ALIOTO, JR.
THOMAS P. PIER
555 California Street, Suite 3160
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.
DANIEL R. SHULMAN
500 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 632-3335
Facsimile: (612) 632-4335

By _____

JOSEPH M. ALIOTO
DANIEL R. SHULMAN

Attorneys for Plaintiff
CLINTON REILLY

## ORDER

Pursuant to the foregoing stipulation of the parties, the declaration of counsel, and for good cause shown, the foregoing revised case management schedule is hereby adopted by the Court. The October 11, 2006 Further Case Management Order is VACATED.

IT IS SO ORDERED.

Dated: _____    _____

HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

-5-

W02-WEST:FMI\400146726.2
U.S.D.C. CASE NO. C06-CV-04332-SI

STIPULATION AND [PROPOSED]
REVISED CASE MANAGEMENT ORDER