1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLINTON REILLY,                                    No. C 06-04332 SI

              Plaintiff,                           **ORDER RE: DISCOVERY**

   v.

MEDIANEWS GROUP INC, et al.,

              Defendants.
                                        /

        Via letter brief, defendants seek an order from the Court compelling plaintiff Clinton Reilly to answer deposition questions that his counsel instructed him not to answer.  The issue appears to be moot.  Counsel for plaintiff has agreed to allow defendants to re-take the deposition of Mr. Reilly.[1]  *See* Docket No. 138, Attachment 1.  The Court therefore DENIES defendants' motion to compel, without prejudice to renewing the motion should plaintiff not fulfill his offer to re-take the deposition.

        **IT IS SO ORDERED.**


Dated:  March 5 , 2007                          _____
                                                SUSAN ILLSTON
                                                United States District Judge

---

        [1]It appears that defendants' letter brief was moot when filed.  Defendants filed the letter brief at 3:32 p.m., on February 20, 2007.  The letter from plaintiff's counsel to defendants, offering to re-open the deposition, was faxed at 3:10 p.m., on February 20, 2007.