IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON REILLY, | No. C 06-04332 SI |
| Plaintiff, | **ORDER REFERRING ACTION FOR SETTLEMENT CONFERENCE WITH CHIEF JUDGE WALKER** |
| v. | |
| MEDIANEWS GROUP INC, et al., | |
| Defendants. | |

Chief Judge Vaughn R. Walker has agreed to conduct a settlement conference in this action. Counsel are ordered to confer with one another and to contact Chief Judge Walker's administrative assistant, Norma Hilton, to make arrangements for the conference.

**IT IS SO ORDERED.**

Dated: March 6 , 2007

SUSAN ILLSTON
United States District Judge