1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
   GARY L. HALLING, Cal. Bar No. 66087
3  MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
   Four Embarcadero Center, 17th Floor
4  San Francisco, California 94111-4106
   Telephone: 415-434-9100
5  Facsimile: 415-434-3947
   Email: ghalling@sheppardmullin.com
6  Email: mscarborough@sheppardmullin.com

7  KING & BALLOW
   ALAN L. MARX (admitted *pro hac vice*)
8  STEVEN C. DOUSE (admitted *pro hac vice*)
   1100 Union Street Plaza
9  315 Union Street
   Nashville, Tennessee 37201
10 Telephone: 615-259-3456
   Facsimile: 615-726-5413
11 Email: amarx@kingballow.com
   Email: sdouse@kingballow.com
12
   Attorneys for Defendants
13 MEDIANEWS GROUP, INC. and
   CALIFORNIA NEWSPAPERS PARTNERSHIP
14

15
                    UNITED STATES DISTRICT COURT
16
                    NORTHERN DISTRICT OF CALIFORNIA
17
                        SAN FRANCISCO DIVISION
18

| | |
|---|---|
| 19 CLINTON REILLY, | Case No. 06-CV-04332-SI |
| 20         Plaintiff, | [Complaint Filed: July 14, 2006] |
| 21    v. | STIPULATION AND [PROPOSED] ORDER CONCERNING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT REGARDING PLAINTIFF'S STANDING |
| 22 MEDIANEWS GROUP, INC.; THE HEARST CORPORATION; STEPHENS | |
| 23 GROUP INC.; GANNETT CO., INC.; and CALIFORNIA NEWSPAPERS | Judge: Hon. Susan Illston |
| 24 PARTNERSHIP, | Trial Date: April 30, 2007 |
| 25         Defendants. | |

26
27
28

-1-

1  WHEREAS, Defendants MediaNews Group, Inc., The Hearst Corporation, Stephens Group, Inc., Gannett Co., Inc. and California Newspapers Partnership (collectively, "Defendants") intend to file a motion for summary judgment and/or partial summary judgment challenging Plaintiff Clinton Reilly's standing to bring this action, and seek to have that motion resolved prior to the scheduled commencement of trial in this action;

WHEREAS, the parties have met and conferred regarding Defendants' standing motion and agreed to an expedited briefing and hearing schedule, subject to the Court's approval and availability;

NOW THEREFORE, the parties hereby stipulate and agree to the following schedule with respect to Defendants' standing motion:

1. Defendants shall file and serve their moving papers by March 16, 2007.
2. Plaintiff shall file and serve his opposition papers by March 23, 2007.
3. Defendants shall file and serve their reply papers by March 30, 2007.
4. The hearing on Defendants' standing motion shall be April 6 at 3:30 p.m.

IT IS SO STIPULATED.

Dated: March 7, 2007

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
KING & BALLOW

By  /S/
  ─────────────────────────
  MICHAEL W. SCARBOROUGH

Attorneys for Defendants
MEDIANEWS GROUP, INC. and
CALIFORNIA NEWSPAPERS PARTNERSHIP

-2-

W02-WEST:FMI\400230224.1
U.S.D.C. CASE NO. C06-CV-04332-SI

STIPULATION AND [PROPOSED] ORDER CONCERNING
DEFENDANTS' MOTION RE PLAINTIFF'S STANDING

| | |
|---|---|
| 1 | Dated: March 7, 2007 |

                              LATHAM & WATKINS LLP
                              GREGORY P. LINDSTROM
                              DANIEL M. WALL
                              505 Montgomery Street, Suite 2000
                              San Francisco, CA 94111-2562
                              Telephone: (415) 391-0600
                              Facsimile: (415) 391-8095
                              Email: gregory.lindstrom@lw.com
                              Email: dan.wall@lw.com

By   _Daniel M. Wall /mas_
              DANIEL M. WALL

Attorneys for Defendant
THE HEARST CORPORATION

Dated: March 7, 2007

NIXON PEABODY LLP
GORDON L. LANG (admitted *pro hac vice*)
401 9th Street, N.W.
Washington, D.C. 20004-2128
Telephone: (202) 585-8319
Facsimile: (202) 585-8080
Email: glang@nixonpeabody.com

NIXON PEABODY LLP
JOHN H. RIDDLE
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300
Email: jriddle@nixonpeabody.com

By   _Gordon L. Lang /mas_
              GORDON L. LANG

Attorneys for Defendants
GANNETT CO., INC. and
STEPHENS GROUP, INC.

-3-

W02-WEST:FMJ\400230224.1
U.S.D.C. CASE NO. C06-CV-04332-SI

STIPULATION AND [PROPOSED] ORDER CONCERNING
DEFENDANTS' MOTION RE PLAINTIFF'S STANDING

Dated: March 7, 2007

ALIOTO LAW FIRM
JOSEPH M. ALIOTO
JOSEPH M. ALIOTO, JR.
THOMAS P. PIER
555 California Street, Suite 3160
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.
DANIEL R. SHULMAN
500 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 632-3335
Facsimile: (612) 632-4335

By  /s/ Joseph M. Alioto
JOSEPH M. ALIOTO
DANIEL R. SHULMAN

Attorneys for Plaintiff
CLINTON REILLY

**ORDER**

IT IS SO ORDERED.

Dated: _____  /s/ Susan Illston

HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

-4-

W02-WEST:FMI\400230224.1
U.S.D.C. CASE NO. C06-CV-04332-SI

STIPULATION AND [PROPOSED] ORDER CONCERNING
DEFENDANTS' MOTION RE PLAINTIFF'S STANDING