judgment on [plaintiff's] Clayton Act . . . claim for equitable relief." *Id.* For the foregoing reasons and for good cause shown, the Court concludes that plaintiff has standing to assert his Clayton Act claims, and DENIES defendants' motion for summary judgment.

**IT IS SO ORDERED.**

Dated: April 10, 2007

SUSAN ILLSTON
United States District Judge

---

*Petroleum, N.V. v. Graves*, 709 F.2d 593, 595 (9th Cir. 1983). Furthermore, in deposition plaintiff offered no more than a vague plan "in my head" to do some future advertising in Bay Area newspapers. *See generally* Scarborough Decl., Ex. A (Reilly Dep.) at 180-183. Plaintiff therefore does not have standing as a consumer of newspaper advertising space.

8