**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLINTON REILLY,                                             No. C 06-04332 SI

        Plaintiff,                                          **ORDER RE: SEALING**

  v.

MEDIANEWS GROUP INC, et al.,

        Defendants.
                                                                         /

Pursuant to Civil Local Rule 79-5, and this Court's January 24, 2007 Order, defendants have filed declarations requesting that discrete portions of evidence submitted in connection with the recent motion for summary judgment remain under seal. The Court has reviewed the evidence defendants wish to remain under seal, and agrees that there are compelling reasons for the identified portions of evidence to remain under seal, at this point. The Court will sign and issue defendants' proposed orders forthwith. However, the Court wishes to make clear that these portions of evidence are not permanently sealed. Because the evidence at issue is only marginally relevant to the standing issue it was filed in connection with, the public does not at this point have a highly compelling interest in access to the evidence. During and after the upcoming trial on the merits, however, the public will have a highly compelling interest in access to all evidence presented by the parties. The instant sealing orders will therefore have no effect on the sealing of any evidence presented at trial.

**IT IS SO ORDERED.**

Dated: April 12, 2007

                                                    SUSAN ILLSTON
                                                    United States District Judge