1  [Counsel listed on following pages]
2
3
4
5
6
7
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                              SAN FRANCISCO DIVISION
10
11 | CLINTON REILLY,                    )   **CASE NO: C 06-04332 SI**
                                        )
12 |                Plaintiff,           )   **JOINT STIPULATION REGARDING
           v.                           )   PRETRIAL SCHEDULING;
13 |                                    )   [PROPOSED] ORDER**
   | MEDIANEWS GROUP, INC.; et al.,     )
14 |                                    )   Judge:      Hon. Susan Illston
   |                Defendants.         )   Trial Date: April 30, 2007
15 |                                    )
                                        )
16 |_____)
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION RE: PRETRIAL SCHEDULING
CASE NO. C 06-04332 SI

SF\606413.1

| | |
|---|---|
| 1 | ALIOTO LAW FIRM |
| | JOSEPH M. ALIOTO (State Bar No. 42680) |
| 2 | ANGELINA R. ALIOTO-GRACE (State Bar No. 206899) |
| | JOSEPH M. ALIOTO, JR. (State Bar No. 215544) |
| 3 | THOMAS P. PIER (State Bar No. 235740) |
| | 555 California Street, Suite 3160 |
| 4 | San Francisco, CA 94104 |
| | Telephone: (415) 434-8900 |
| 5 | Facsimile: (415) 434-9200 |
| 6 | Attorneys for Plaintiff CLINTON REILLY |
| 7 | GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A. |
| | DANIEL R. SHULMAN (MN State Bar No. 100651) |
| 8 | *Admitted Pro Hac Vice* |
| | 500 IDS Center, 80 South Eighth Street |
| 9 | Minneapolis, MN 55402 |
| | Telephone: (612) 632-3335 |
| 10 | Facsimile: (612) 632-4335 |
| 11 | Attorneys for Plaintiff CLINTON REILLY |
| 12 | SHEPPARD, MULLIN, RICHTER & HAMPTION, LLP |
| | GARY L. HALLING (State Bar No. 66087) |
| 13 | MICHAEL W. SCARBOROUGH (State Bar No. 203524) |
| | Four Embarcadero Center |
| 14 | Seventeenth Floor |
| | San Francisco, CA 94111-4106 |
| 15 | Telephone: (415) 774-3234 |
| | Facsimile: (415) 434-3947 |
| 16 | Email: ghalling@sheppardmullin.com |
| | Email: mscarborough@sheppardmullin.com |
| 17 | Attorneys for Defendant MEDIANEWS GROUP, INC., |
| 18 | and CALIFORNIA NEWSPAPERS PARTNERSHIP |
| 19 | KING & BALLOW (admitted *pro hac vice*) |
| | ALAN L. MARX (admitted *pro hac vice*) |
| 20 | STEVEN C. DOUSE |
| | Union Street Plaza 1100 |
| 21 | 315 Union Street |
| | Nashville, TN 37201 |
| 22 | Telephone: (615) 259-3456 |
| | Facsimile: (615) 254-7907 |
| 23 | Email: amarx@kingballow.com |
| | Email: sdouse@kingballow.com |
| 24 | Attorneys for Defendant MEDIANEWS GROUP, INC., |
| 25 | and CALIFORNIA NEWSPAPERS PARTNERSHIP |
| 26 | \ \ \ \ |
| 27 | |
| 28 | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION RE: PRETRIAL SCHEDULING
CASE NO. C 06-04332 SI

SF\606413.1

| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | DANIEL M. WALL (State Bar No. 102580) |
| 2 | TIMOTHY L. O'MARA (State Bar No. 212731) |
| | SADIK HUSENY (State Bar No. 224659) |
| 3 | 505 Montgomery Street, Suite 2000 |
| | San Francisco, CA 94111-2562 |
| 4 | Telephone: (415) 391-0600 |
| | Facsimile: (415) 391-8095 |
| 5 | Email: dan.wall@lw.com |
| | Email: sadik.huseny@lw.com |
| 6 | |
| | Attorneys for Defendant |
| 7 | THE HEARST CORPORATION |
| 8 | NIXON PEABODY LLP |
| | GORDON L. LANG (admitted *pro hac vice*) |
| 9 | 401 9th Street, N.W. |
| | Washington, DC 20004-2128 |
| 10 | Telephone: (202) 585-8319 |
| | Facsimile: (202) 585-8080 |
| 11 | Email: glang@nixonpeabody.com |
| 12 | NIXON PEABODY LLP |
| | JOHN H. RIDDLE (State Bar No. 51418) |
| 13 | Two Embarcadero Center, Suite 7200 |
| | San Francisco, CA 94111-3996 |
| 14 | Telephone (415) 984-8200 |
| | Facsimile (415) 984-8300 |
| 15 | |
| | Attorneys for Defendants GANNETT CO., INC. and |
| 16 | STEPHENS GROUP, INC. |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION RE: PRETRIAL SCHEDULING
CASE NO. C 06-04332 SI

SF\606413.1

WHEREAS the parties in this matter earlier agreed to a revised case management schedule, as filed on January 3, 2007 and adopted by the Court as the case management scheduling order in this case on January 9, 2007;

WHEREAS the parties have met and conferred and agree to extend the deadline by which the parties are to file and serve pre-trial conference statements and to exchange trial exhibits and witness lists by two days, and request the Court's consent to proceed accordingly;

NOW, THEREFORE, pursuant to Civil L.R. 6-2, the parties hereby STIPULATE and AGREE that the deadline for all parties to file and serve pre-trial conference statements and to exchange trial exhibits and witness lists shall be April 18, 2007. The Court's January 9, 2007 case management order shall remain unchanged in all other respects.

IT IS SO STIPULATED.

Dated: April 16, 2007           Respectfully submitted,

ALIOTO LAW FIRM
JOSEPH M. ALIOTO
JOSEPH M. ALIOTO, JR.
THOMAS P. PIER
555 California Street, Suite 3160
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
Email: josephalioto@mac.com

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.

DANIEL R. SHULMAN (admitted *pro hac vice*)
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 532-3335
Facsimile: (612) 632-4335
Email: daniel.shulman@gpmlaw.com

By: /s/ Dan Shulman / by Jack Kern
         Daniel R. Shulman

Attorneys for Plaintiff CLINTON REILLY

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1        JOINT STIPULATION RE: PRETRIAL SCHEDULING
         CASE NO. C 06-04332 SI

SF\606413.1

| | |
|---|---|
| 1 | |
| 2 | SHEPPARD, MULLIN, RICHTER & HAMPTION, LLP |
| | GARY L. HALLING |
| 3 | MICHAEL W. SCARBOROUGH |
| | Four Embarcadero Center |
| 4 | Seventeenth Floor |
| | San Francisco, CA 94111-4106 |
| 5 | Telephone: (415) 774-3234 |
| | Facsimile: (415) 434-3947 |
| 6 | Email: ghalling@sheppardmullin.com |
| |        mscarborough@sheppardmullin.com |

```
 7   KING & BALLOW
     ALAN L. MARX
 8   STEVEN C. DOUSE
     Union Street Plaza 1100
 9   315 Union Street
     Nashville, TN  37201
10   Telephone: (615) 259-3456
     Facsimile: (615) 254-7907
11   Email: amarx@kingballow.com
              sdouse@kingballow.com
12
13   By: _____
              Gary L. Halling
14
     Attorneys for Defendant MEDIANEWS GROUP,
15   INC., and CALIFORNIA NEWSPAPERS PARTNERSHIP

16   LATHAM & WATKINS LLP
     DANIEL M. WALL
17   TIMOTHY L. O'MARA
     SADIK HUSENY
18   505 Montgomery Street, Suite 2000
     San Francisco, CA  94111-2562
19   Telephone: (415) 391-0600
     Facsimile: (415) 391-8095
20   Email: dan.wall@lw.com

21
     By: _____
22            Daniel M. Wall

23   Attorneys for Defendant THE HEARST CORPORATION
24
25
26
27
28
```

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIPULATION RE: PRETRIAL SCHEDULING
CASE NO. C 06-04332 SI

SF\606413.1

| | |
|---|---|
| 1 | NIXON PEABODY LLP |
| 2 | GORDON L. LANG (admitted *pro hac vice*)<br>401 9th Street, N.W. |
| 3 | Washington, DC 20004-2128<br>Telephone: (202) 585-8319 |
| 4 | Facsimile: (202) 585-8080<br>Email: glang@nixonpeabody.com |
| 5 | NIXON PEABODY LLP |
| 6 | JOHN J. RIDDLE<br>Two Embarcadero Center, Suite 2700 |
| 7 | San Francisco, CA 94111-3996<br>Telephone: (415) 984-8200 |
| 8 | Facsimile: (415) 984-8300<br>Email: jriddle@nixonpeabody.com |

By: _/s/ Gordon Lang / by _____
Gordon L. Lang

Attorneys for Defendants GANNETT CO., INC. and STEPHENS GROUP, INC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### [PROPOSED] ORDER

Pursuant to the foregoing stipulation of the parties, and for good cause shown, the above scheduling modification is hereby adopted by the Court.

IT IS SO ORDERED.

_____
Hon. Susan Illston

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIPULATION RE: PRETRIAL SCHEDULING
CASE NO. C 06-04332 SI

SF\606413.1