SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947
Email: ghalling@sheppardmullin.com
Email: mscarborough@sheppardmullin.com

KING & BALLOW
ALAN L. MARX (admitted *pro hac vice*)
STEVEN C. DOUSE (admitted *pro hac vice*)
1100 Union Street Plaza
315 Union Street
Nashville, Tennessee 37201
Telephone: 615-259-3456
Facsimile: 615-726-5413
Email: amarx@kingballow.com
Email: sdouse@kingballow.com

Attorneys for Defendants
MEDIANEWS GROUP, INC. and
CALIFORNIA NEWSPAPERS PARTNERSHIP

[Additional counsel listed on signature pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLINTON REILLY, | Case No. 06-CV-04332-SI |
| Plaintiff, | [Complaint Filed: July 14, 2006] |
| v. | STIPULATION TO DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE; STIPULATION AND [PROPOSED] ORDER VACATING PRELIMINARY INJUNCTION AS MOOT |
| MEDIANEWS GROUP, INC.; THE HEARST CORPORATION; STEPHENS GROUP INC.; GANNETT CO., INC.; and CALIFORNIA NEWSPAPERS PARTNERSHIP, | |
| Defendants. | Judge: Hon. Susan Illston |
| | Trial Date: April 30, 2007 |

-1-

W02-WEST:FMI\400298977.2
U.S.D.C. CASE NO. C06-CV-04332-SI

FRCP 41(a)(1) STIPULATION TO DISMISSAL WITH PREJUDICE;
STIPULATION AND [PROPOSED] ORDER VACATING PRELIMINARY INJ.

1         All parties to this action hereby stipulate and agree, pursuant to Rule 41(a)(1)
2 of the Federal Rules of Civil Procedure, to the dismissal with prejudice of this action in its
3 entirety.
4         All parties to this action hereby further stipulate and agree that, in light of the
5 dismissal of this action prior to trial and the rescission by Hearst Corporation and
6 MediaNews Group, Inc. of the subject April 26, 2006 Letter Agreement pursuant to
7 settlement, the preliminary injunction entered in this case on December 19, 2006,
8 enjoining defendants from entering agreements of the nature described in the April 26,
9 2006 letter "pending trial", is moot and is vacated.
10         This Stipulation shall not affect the Stipulation and Protective Order for
11 Confidential Information filed September 13, 2006, in this case.
12
13 IT IS SO STIPULATED AND AGREED.
14
15 Dated: April 25, 2007

16                             SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
17                             KING & BALLOW
18
19                             By           /S/
20                                    GARY L. HALLING
21                             Attorneys for Defendants
22                             MEDIANEWS GROUP, INC. and
                            CALIFORNIA NEWSPAPERS PARTNERSHIP
23
24
25
26
27
28

Dated: April 25, 2007

LATHAM & WATKINS LLP
GREGORY P. LINDSTROM
DANIEL M. WALL
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 391-8095
Email: gregory.lindstrom@lw.com
Email: dan.wall@lw.com

By  /s/ Daniel M. Wall
DANIEL M. WALL

Attorneys for Defendant
THE HEARST CORPORATION

Dated: April __, 2007

NIXON PEABODY LLP
GORDON L. LANG (admitted *pro hac vice*)
401 9th Street, N.W.
Washington, D.C. 20004-2128
Telephone: (202) 585-8319
Facsimile: (202) 585-8080
Email: glang@nixonpeabody.com

NIXON PEABODY LLP
JOHN H. RIDDLE
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300
Email: jriddle@nixonpeabody.com

By  _____
GORDON L. LANG

Attorneys for Defendants
GANNETT CO., INC. and
STEPHENS GROUP, INC.

Dated: April __, 2007

LATHAM & WATKINS LLP
GREGORY P. LINDSTROM
DANIEL M. WALL
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 391-8095
Email: gregory.lindstrom@lw.com
Email: dan.wall@lw.com


By _____
   DANIEL M. WALL

Attorneys for Defendant
THE HEARST CORPORATION

Dated: April 25, 2007

NIXON PEABODY LLP
GORDON L. LANG (admitted *pro hac vice*)
401 9th Street, N.W.
Washington, D.C. 20004-2128
Telephone: (202) 585-8319
Facsimile: (202) 585-8080
Email: glang@nixonpeabody.com

NIXON PEABODY LLP
JOHN H. RIDDLE
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300
Email: jriddle@nixonpeabody.com

By _____
   GORDON L. LANG

Attorneys for Defendants
GANNETT CO., INC. and
STEPHENS GROUP, INC.

-3-

W02-WEST:FMI\400298977.2
U.S.D.C. CASE NO. C06-CV-04332-SI

FRCP 41(a)(1) STIPULATION TO DISMISSAL WITH PREJUDICE;
STIPULATION AND [PROPOSED] ORDER VACATING PRELIMINARY INJ.

Dated: April 25, 2007

ALIOTO LAW FIRM
JOSEPH M. ALIOTO
JOSEPH M. ALIOTO, JR.
THOMAS P. PIER
555 California Street, Suite 3160
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.
DANIEL R. SHULMAN
500 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 632-3335
Facsimile: (612) 632-4335

By _____
JOSEPH M. ALIOTO
DANIEL R. SHULMAN

Attorneys for Plaintiff
CLINTON REILLY

**ORDER**

IT IS SO ORDERED.

Dated: _____

HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

-4-

W02-WEST:FMI\400298977.2
U.S.D.C. CASE NO. C06-CV-04332-SI

FRCP 41(a)(1) STIPULATION TO DISMISSAL WITH PREJUDICE;
STIPULATION AND [PROPOSED] ORDER VACATING PRELIMINARY INJ.